AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| JULIAN RICHARDSON | |

Case No.  3:99cr183-WHA
USM No.  07838-002

Laronda Martiin
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1-5 of the petition  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful use of a controlled substance | 10/08/2013 |
| 2 | Unlawful useof a controll substance | 10/24/2013 |
| 3 | Unlawful use of a controlled substance | 11/21/2013 |
| 4 | Refusal to comply with drug testing | 01/16/2014 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  7449

Defendant's Year of Birth:  1968

City and State of Defendant's Residence:
Tuskegee, AL

02/04/2014
_____
Date of Imposition of Judgment

/s/ W. Harold Albritton
_____
Signature of Judge

W. Harold Albritton      Senior     U.S. District Judge
_____
Name and Title of Judge

02/04/2014
_____
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: JULIAN RICHARDSON
CASE NUMBER: 3:99cr183-WHA

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Unlawful use of a controlled substance | 12/04/2013 |

AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
       Sheet 2— Imprisonment

Judgment — Page **3** of **3**

DEFENDANT: JULIAN RICHARDSON
CASE NUMBER: 3:99cr183-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

12 months, with no term of supervision to follow.  It is ORDERED that the term of supervised release imposed on June 9, 2000, is REVOKED.  The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 12 months.

☑ The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where substance abuse treatment is available.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL